**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ARICK MARQUETT JOHNSON**                                            **PETITIONER**
**ADC #185962**

**v.**                            **CASE NO. 4:26-CV-00021-BSM**

**DEXTER PAYNE**                                                      **RESPONDENT**

## ORDER

After de novo review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 46] is adopted, and Arick Marquett Johnson's petition for writ of habeas corpus [Doc. No. 2] is dismissed without prejudice. A certificate of appealability is denied. 28 U.S.C. § 2253(c)(1)–(2).

IT IS SO ORDERED this 26th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE