## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ARICK MARQUETT JOHNSON**                                          **PETITIONER**
**ADC #185962**

**v.**                               **CASE NO. 4:26-CV-00021-BSM**

**DEXTER PAYNE**                                                    **RESPONDENT**

### ORDER

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 26th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE